FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 29 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SAMUEL C. PEREZ, JR.,

                Plaintiff,

-against-

TRI STATE AUTO MALL, INC.,
AUTO PALACE INC., and
TEACHERS FEDERAL CREDIT UNION,

                Defendants.
----------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
10-CV-2389 (CBA) (JO)

AMON, Chief United States District Judge:

In an order dated June 15, 2011, the Court ruled that plaintiff Samuel Perez was entitled to a judgment against defendant Tri State Auto Mall, Inc. in the amount of $15,000 as well as reasonable attorneys fees, costs, and expenses incurred as a result of Tri State's breach of a settlement agreement (which provides for the award of reasonable fees, costs, and expenses incurred as a result of any breach). (D.E. # 33.)

In that same order, the Court directed Perez to submit a bill of costs and contemporaneous attorney billing records establishing the amount of reasonable attorneys fees, costs, and expenses incurred so that the Court could order the Clerk of Court to enter judgment in the appropriate amount. (Id.)

In response to the Court's order, counsel for Perez has submitted an invoice showing that he devoted 2.7 hours to enforcing Perez's rights post-breach. He asks that the Court award him fees in the amount of $945 and has submitted affirmations arguing for the reasonableness of that $350 / hour rate. Perez has not submitted any evidence in support of an award of costs and expenses incurred as a result of Tri State's breach.

1

The Court has reviewed the materials submitted, and it is hereby ordered that the Clerk of Court enter judgment for the plaintiff in the amount of $15,945.

The Clerk of Court is further directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
June 27, 2011

s/CBA
Carol Bagley Amon
United States District Judge